**RIMAC MARTIN, P.C.**
ANNA M. MARTIN (State Bar No. 154279)
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Defendant,
UNUM LIFE INSURANCE COMPANY
OF AMERICA

DON A. LESSER (SBN 112887)
BEVERLY A. BRAND (SBN 164152)
THE LESSER LAW GROUP
1010 B Street, Suite 300
San Rafael, California 94901
Tel: 415.453.7600 Fax: 415.295.4122
Email: dlesser@lessergroup.com

Glenn R. Kantor, SBN 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff
STEPHEN ARNOLD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARNOLD | Case No.: 3:15-CV-01170- VC  DMR |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY; and CHIRON DISABILITY PLAN | |
| Defendant. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.  3:15-cv-01170-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY STIPULATED** by and between Plaintiff STEPHEN ARNOLD and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties shall bear their own respective attorney fees and costs of suit.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendants hereby attest that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filings of this document; (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

Dated: August 25, 2015

**RIMAC MARTIN, P.C.**

By:  _/s/ *Anna M. Martin*_____
Anna M. Martin
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**THE LESSER LAW GROUP**

DATED: August 25, 2015        By:_ */s/ Don A. Lesser*____
Don A. Lesser
Attorney for Plaintiff
Stephen Arnold

**SO ORDERED.**

Dated:_____     By: _____
                                         HON. VINCE CHHABRIA
                                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On August 25, 2015, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Fatima Bonilla                                                    /s/Fatima Bonilla